# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY ___ D.C.

05 JUL 25 PM 4:07

CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number: 2:03CR20005-B

KYLE BLACK
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Kyle Black, was represented by Leslie Ballin, Esq.

It appearing that the defendant, who was convicted on January 29, 2004 in the above styled cause and was placed on Supervised Release for a period of two (2) years, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of four (4) months. The Court recommends that the defendant be housed as close to Memphis, Tennessee, as possible.

FURTHERMORE, no further term of Supervised Release will follow said period of incarceration. Current terms and conditions of supervision will remain in effect until defendant reports for custody.

The defendant is allowed to remain released on present bond.

Signed this the 25th day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 3/2/1984
U.S. Marshal No.: 18795-076
Defendant's Mailing Address: 6233 Solway, Memphis, TN 38119

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-26-05

239

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 239 in case 2:03-CR-20005 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT