UNITED STATES DISTRICT COURT

for

<u>WESTERN DISTRICT OF TENNESSEE</u>

FILED BY _____ D.C.

05 AUG -9 AM 6: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

<u>U.S.A. vs. KYLE BLACK</u>

Docket No. __2:03CR20005-05__

## Petition on Probation and Supervised Release

**COMES NOW** __NICOLE D. PETERSON__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Kyle Black__ who was placed on supervision by the Honorable __J. Daniel Breen__ sitting in the Court at __Memphis, Tennessee__, on the __29th__ day of __January, 2004__, who fixed the period of supervision at __Two (2) Years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(1)   The defendant shall serve a period of five (5) months home confinement. (Completed)

(2)   The defendant shall participate in drug testing and treatment and mental health counseling as directed by the probation office.

\* Term of Supervised Release began on August 6, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Pursuant to a Petition on Supervised Release Violation submitted on June 6, 2005, Kyle Black appeared before United States District Judge J. Daniel Breen for a final revocation hearing on July 21, 2005. Judge Breen ordered that Mr. Black's Supervised Release be revoked and that he be committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of four (4) months with the privilege to voluntarily surrender. The Court allowed Mr. Black to remain released on his present bond. At that time, he was informed by both the Court and the Probation Office that he was to comply with all previous bond conditions as well as contacting Investigative Assistant John Canada every Wednesday until he reports to the BOP.

Kyle Black has failed to comply with bond supervision in that he tested positive for Cocaine on July 25, 2005 and failed to call IA Canada on July 27 and August 3, 2005, and failed to report for a random urinalysis on August 1, 2005.

**PRAYING THAT THE COURT WILL ORDER** that a **WARRANT** be issued for Kyle Black to appear before the Court to answer to charges of violation of bond supervision.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this __8__ day of __August__, 20__05__, and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on __August 4, 2005__<br><br>_____<br>U. S. Probation Officer<br><br>Place: __Memphis, Tennessee__ |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __8-9-05__

(243)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 243 in case 2:03-CR-20005 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT