IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ M___ D.C.

05 AUG 16 AM 8:01

UNITED STATES OF AMERICA

v.

2:03cr20005-5-B

KYLE BLACK

## ORDER REVOKING BOND

This cause came on to be heard on **AUGUST 15, 2005** on the motion of the United States to revoke defendant's bond. After hearing the proof presented and argument of counsel, the Court, pursuant to 18 U.S.C. § 3148:

(1) finds that there is —

    [ ]    Probable cause to believe that the person has committed a Federal, State, or local crime while on release; and/or

    [ ]    Clear and convincing evidence that the person has violated any other condition of release; and

(2) finds that there is —

    [ ]    Based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; and/or

    [ ]    The person is unlikely to abide by any condition or combination of conditions of release.

(3) Defendant waives detention hearing   TMP

Based on these findings, it is hereby ordered that defendant's bond is **REVOKED**.

### DIRECTIONS REGARDING DETENTION

**KYLE BLACK** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **KYLE BLACK** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED THIS** 15TH DAY OF AUGUST, 2005.

_____
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-17-05

247

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 247 in case 2:03-CR-20005 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT